# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

NICIE SMITH DILLEHAY                                            PLAINTIFF

v.                        NO. 2:07CV00030 JLH/JFF

DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, *et al*.                                 DEFENDANTS

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge John F. Forster. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety.

IT IS SO ORDERED this 13th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE